No. 98–1101. DRYE ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted limited to the following question: "Whether the interest of an heir in an estate constitutes 'property' or a 'right to property' to which the federal tax lien attaches under

26 U. S. C. § 6321 even though the heir thereafter purports retroactively to disclaim the interest under state law?"